UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
USA

   -v-                                                      ORDER
                                                               2003CR 921

FRANK LETO
LOUIS FENZA
----------------------------------------------------X

     This case was set for a status conference on September 15, 2006, due to defense counsel's illness, a request for adjournment was granted. The Court requested the parties appear the next week to place the adjournment on the record, to date no party has communicated with the Court to reschedule to a date convenient for all parties.

     A status conference is scheduled for Friday, October 13, 2006 at 10:00 a.m. No adjournments will be granted.

                                                                               /s/
                                                                       Thomas C. Platt
                                                                       United States District Judge

Dated: October 2, 2006
         Central Islip, NY