# ROCHMAN PLATZER FALLICK STERNHEIM LUCA & PEARL, LLP
### 666 THIRD AVENUE
### NEW YORK, NEW YORK 10017

IRWIN ROCHMAN
KENNETH J. PLATZER
BARRY M. FALLICK
BOBBI C. STERNHEIM
SCOTT W. PEARL
PATRICIA A. LUCA
JILLIAN S. HARRINGTON
PAUL KNEPPER
TRISHA LAFACHE

TEL. (212) 697-4090
FAX (212) 972-4654
verdictlaw@aol.com

184 EAGLE ROCK AVENUE
ROSELAND, NEW JERSEY 07068

June 13, 2007

[FILED stamp: U.S. DISTRICT COURT E.D.N.Y ★ JUN 15 2007 ★ LONG ISLAND OFFICE]

Honorable Thomas C. Platt
United States District Judge
United States District Court
Long Island Federal Courthouse
200 Federal Plaza
Central Islip, New York 11722-4454

              Re:      <u>United States v. Louis Fenza</u>
                       03 Cr. 921 (TP)

Dear Judge Platt:

      By this letter, we respectfully request that Mr. Fenza's bail conditions be modified in the following manner: In May 2003, Mr. Fenza's bail conditions included the signing of a fully-secured $1.5 million bond. As part of the bond requirements, Donna Fenza executed and filed an affidavit of confession in Suffolk County (Index No.03-012662), permitting the government to seize and sell their home at 3 Madison Avenue, Jericho, New York 11753. That property is valued at approximately $900,000.00.

      We now respectfully request that Mr. Fenza's bail conditions temporarily be modified to exclude the posting of the property owned by Donna Fenza. If this request is granted, Mrs. Fenza will refinance the home and then post the home as security for bond.

      Thank you for your consideration in this matter.

                                            Very truly yours,
                                            Rochman Platzer Fallick
                                            Sternheim Luca & Pearl, LLP

                                            By: _____
                                                  JILLIAN S. HARRINGTON

JHS:ce

    cc:     James Miskiewicz, Assistant United States Attorney