# FASULO, SHALLEY & DiMAGGIO, LLP
### Attorneys - at - Law
225 Broadway, Suite 715
New York, NY 10007
(212) 566-6212
(212) 566-8165 (fax)

September 15, 2008

***via ECF***
UNITED STATES DISTRICT COURT, EDNY
Hon. Arthur D. Spatt, USDJ
200 Federal Plaza
Central Islip, NY 11755

                Re:  <u>United States v Fenza</u>
                    Docket No.: 03 CR 921 (ADS)

Dear Honorable Sir:

    As you know, our office represents defendant LOUIS FENZA in the above-referenced matter.  Please accept this correspondence as a request to modify a condition of Mr. Fenza's release.

    One of Mr. Fenza's suretors, Garrett Chelius, wishes to re-finance his home.  It is respectfully requested that the Court permit Mr. Chelius to refinance his home by permitting a temporary satisfaction of judgment thereon (to allow for closing.)  Once the loan has been closed, Mr. Chelius will place a new confession of judgment on the property.

    The approximate equity in the home will remain the same after the transactions.  It is respectfully requested that Mr. Fenza's bail be modified, to permit the home located at 15 Todd Ct., Huntington, New York, currently ensured under the name of Garrett Chelius be temporarily relieved of bond to permit a refinance.  I have discussed the matter, and AUSA Allen Bode takes no position on this application.

  Thank you for your time and consideration. It would be greatly appreciated if the Court would notify our office of its decision as soon as possible.

          Respectfully submitted,

          *Aaron M. Goldsmith*

cc: AUSA Allen Bode
   *via ECF and email*