UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-03-0921 |
| LOUIS FENZA, | (Spatt, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $6,200.00, that is, restitution in the amount of $5,700.00 and a special assessment in the amount of $500.00, on March 27, 2009, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 16, 2009; and

WHEREAS, said judgment has been fully paid as to the defendant LOUIS FENZA;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant LOUIS FENZA.

Dated:    Brooklyn, New York
         January 16, 2014

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:     /s/
BETH P. SCHWARTZ
Assistant U.S. Attorney
(718) 254-6017